No. 558. LOUIS ELIE JOSEPH HENRY DE GALARD DE BRASSAC DE BEARN, ETC., PLAINTIFF IN ERROR, *v.* PIERRE DE BEARN;

No. 559. LOUIS ELIE JOSEPH HENRY DE GALARD DE BRASSAC DE BEARN, ETC., PLAINTIFF IN ERROR, *v.* FRANCOIS DE BEARN;

No. 560. LOUIS ELIE JOSEPH HENRY DE GALARD DE BRASSAC DE BEARN, ETC., PLAINTIFF IN ERROR, *v.* ODON DE BEARN; and

No. 561. LOUIS ELIE JOSEPH HENRY DE GALARD DE BRASSAC DE BEARN, ETC., PLAINTIFF IN ERROR, *v.* JEAN BAPTISTE CHAUMET. In error to the Court of Appeals of the State of Maryland. Motion to dismiss or affirm and for damages submitted November 17, 1913. Decided December 8, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. (*Eustis* v. *Bolles*, 150 U. S. 361; *Wood* v. *Chesborough*, 228 U. S. 672; *Adams* v. *Russell*, 229 U. S. 358, and authorities there cited; *Hamblin* v. *Western Land Co.*, 147 U. S. 531; *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; see *De Bearn* v. *De Bearn*, 225 U. S. 695.) *Mr. Maurice Leon* for the plaintiff in error. *Mr. J. Kemp Bartlett* and *Mr. Edgar Allan Poe* for the defendants in error.